IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01654-PAB-KLM

ARCHIE ULM and
LETICIA ULM,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., and
REAL TIME RESOLUTIONS, INC.,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on review of the docket. On March 18, 2019, the Court accepted the magistrate judge's recommendation and dismissed all of plaintiffs' claims under Fed. R. Civ. P. 12(b)(6). Docket No. 36 at 7. Two of plaintiffs' claims were dismissed without prejudice. *See id.* at 7-8. The Court granted plaintiffs leave to amend those claims and directed that, "[i]f plaintiffs [did] not seek leave to amend their complaint within fourteen days of [the] order, [the] case [would] be closed." *Id.* at 8.

    The fourteen-day period in which plaintiffs were permitted to seek leave to amend expired on April 1, 2019. Plaintiffs have not moved to amend their complaint or requested an extension of time to do so. Accordingly, pursuant to the Court's order entered on March 18, 2019, it is

    **ORDERED** that, pursuant to the Court's March 18, 2019 order, Docket No. 36, plaintiffs' complaint is dismissed. It is further

    **ORDERED** that, within fourteen days of the entry of this order, defendants may have their costs by filing a Bill of Costs with the Clerk of the Court. It is further

    **ORDERED** that this case is closed.

    DATED April 9, 2019.