IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18–cv–01654–PAB–KLM

ARCHIE ULM and
LETICIA ULM,

      Plaintiffs,

v.

BANK OF AMERICA, N.A., and
REAL TIME RESOLUTIONS, INC.,

      Defendants.

## FINAL JUDGMENT

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order [Docket No. 36] entered on March 18, 2019 and the Minute Order [Docket No. 37] entered on April 9, 2019 by Chief United States District Judge Philip A. Brimmer, it is

      ORDERED that plaintiffs' complaint is dismissed.  It is further

      ORDERED that judgment shall enter in favor of defendants Bank of America, N.A., and Real Time Resolutions, Inc. and against plaintiffs Archie Ulm and Leticia Ulm.  It is further

      ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

      ORDERED that this case is closed.

2

Dated at Denver, Colorado this 12th day of April, 2019.

                                                FOR THE COURT:

                                                Jeffrey P. Colwell, Clerk

                                                By s/ S. Grimm
                                                     Deputy Clerk